**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD G., | ) | NO. CV 23-7437-E |
|         Plaintiff, | ) | |
|   v. | ) | **JUDGMENT** |
| MARTIN J. O'MALLEY,<br>Commissioner of Social Security,[1] | ) | |
|         Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: January 23, 2024.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1] Martin J. O'Malley, Commissioner of Social Security, is hereby substituted as Defendant in this matter. See Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 405(g).